UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21656-JAL

SECURITIES AND EXCHANGE     )
COMMISSION,                 )
                            )
                Plaintiff,  )
                            )
v.                          )
                            )
RECYCLE TECH, INC., KEVIN SEPE,   )
RONNY J. HALPERIN, RYAN           )
GONZALEZ, OTC SOLUTIONS LLC,      )
ANTHONY THOMPSON, PUDONG LLC, )
JAY FUNG, and DAVID REES,         )
                            )
                Defendants, )
and                         )
                            )
CHARTER CONSULTING GROUP, INC., )
                            )
            Relief Defendant. )
_____ )

**PLAINTIFF'S NOTICE OF FILING CONSENT OF
DEFENDANT DAVID REES AND REQUEST FOR ENTRY OF
<u>JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF</u>**

Plaintiff Securities and Exchange Commission files the signed Consent of Defendant David Rees to entry of Judgment of Permanent Injunction and Other Relief. The Consent and the proposed Judgment are attached, and the Commission respectfully requests the Court enter the Judgment. The Consent and Judgment resolve all issues as to Defendant David Rees.

Respectfully submitted,

May 3, 2012          By:       /s James M. Carlson
                               James M. Carlson
                               Senior Trial Counsel
                               S.D. Florida Bar # A5501534
                               Telephone: (305) 982-6328
                               Facsimile: (305) 536-4154
                               E-mail: CarlsonJa@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for records or *pro se* parties via the methods of service described below.

s/ James M. Carlson

| | |
|---|---|
| Recycle Tech, Inc.<br>2039 NW 1st Place<br>Miami, FL 33127<br>**(Not yet appeared)** | **Counsel for Kevin Sepe & Charter Consulting Group, Inc.:**<br>David R. Chase<br>1700 East Las Olas Blvd., Ste 305<br>Ft. Lauderdale, FL 33301<br>(954) 920-7779 |
| **Counsel for Recycle Tech, Inc.**<br>Brad Lam<br>Lam Law Offices, LLC<br>1901 W. Littleton Blvd.<br>Littleton, CO 80120 | Ronny Halperin<br>Ronny Halperin, PA<br>17961 Biscayne Blvd., Suite B-1<br>North Miami Beach, FL 33160<br>**(Not yet appeared)** |
| Ryan Gonzalez<br>2039 NW 1st Place<br>Miami, FL 33127<br>**(Not yet appeared)** | **Counsel for Ronny J. Halperin**<br>Richard Brodsky<br>66 W. Flagler Street, 9th Floor<br>Miami, Florida 33130<br>(786) 220-3328 |
| **Counsel for Ryan Gonzalez**<br>Mark Hunter<br>Hunter Taubman Weiss, LLP<br>255 University Drive<br>Coral Gable, FL 33134 | OTC Solutions LLC<br>4424 Montgomery Avenue, Ste. 201<br>Bethesda, MD 20814<br>**(Not yet appeared)** |
| Kevin Sepe<br>17961 Biscayne Blvd., Suite B-1<br>Aventura, FL 33160<br>**(Not yet appeared)** | Anthony J. Thompson, Jr.<br>4424 Montgomery Avenue, Ste. 201<br>Bethesda, MD 20814<br>**(Not yet appeared)** |

-3-

Pudong LLC
900 North Federal Highway 200
Boca Raton, FL 33432
**(Not yet appeared)**

Jay Fung
900 North Federal Highway 200
Boca Raton, FL 33432
**(Not yet appeared)**

**Counsel for David Rees:**
Paul T. Moxley
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
(801) 363-4300

Charter Consulting Group, Inc.
4770 Biscayne Blvd. Ste 1400
Miami, FL 33137
**(Not yet appeared)**