UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21656-JAL

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
                          Plaintiff, )
 )
v. )
 )
RECYCLE TECH, INC., KEVIN SEPE, )
RONNY J. HALPERIN, RYAN )
GONZALEZ, OTC SOLUTIONS LLC, )
ANTHONY THOMPSON, PUDONG LLC, )
JAY FUNG, and DAVID REES )
 )
                          Defendants, )
and )
 )
CHARTER CONSULTING GROUP, INC. )
 )
                        Relief Defendant. )
_____ )

**FINAL JUDGMENT AS TO RELIEF DEFENDANT**
**CHARTER CONSULTING GROUP, INC.**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Charter Consulting Group, Inc. having: waived service of the Complaint; consented to the Court's jurisdiction over it and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to personal and subject matter jurisdiction, which Charter admits); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

## DISGORGEMENT AND PREJUDGMENT INTEREST

**IT IS ORDERED AND ADJUDGED** that Charter is jointly and severally liable with Kevin Sepe for disgorgement of $150,000, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $9,125. The total amount, $159,125, shall be due and payable within 14 days of entry of the Final Judgment. Payment shall be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, N E, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Charter as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the Final Judgment. Charter shall simultaneously transmit photocopies of such payment and letter to James M. Carlson, Esq., Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131. Charter shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

Charter shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to any civil penalty amounts that Charter pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Charter further shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty

amounts that Charter pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

## II.

### INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Charter shall comply with all of the undertakings and agreements set forth therein.

## III.

### RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: May 4, 2012
Miami, Florida

_____
UNITED STATES DISTRICT JUDGE